Department of Justice
United States Marshals Service

FILED

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>Grant Owens | COURT CASE NUMBER<br>1:26-cv-02581-RP |
| DEFENDANT<br>U-Haul Co. of Texas | TYPE OF PROCESS<br>Civil |

2026 SEP 30 AM 11:00
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U-Haul Co. of Texas, c/o C T Corporation System, Registered Agent

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1999 Bryan Street, Suite 900, Dallas, Texas 75201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Clerk, U. S. District Court
501 W 5th Street, Suite 1100
Austin, Texas 78701

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Christian T. Rodriguez | ☑ PLAINTIFF<br>☐ DEFENDANT | | 9/24/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 80 | No. 80 | [signature] | 09-29-26 |

I hereby certify and return that I ☐ have personally served , ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| | 9-29-26 | 9. | ☒ am ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Served via CMRR 9589 0710 5270 1493 9618 590

Form USM-285
Rev. 01/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-02581-RP

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __________
was received by me on *(date)* 9-24-2026 .

☐ I personally served the summons on the individual at *(place)* __________
__________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __________
__________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __________ , who is
designated by law to accept service of process on behalf of *(name of organization)* __________
__________ on *(date)* __________ ; or

☐ I returned the summons unexecuted because __________ ; or

☒ Other *(specify)*: Served CNRR 9589071052701459615590

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09-29-2026

[signature]
*Server's signature*

Carlesha Early
*Printed name and title*

501 W 5th st Austin, Tx, 78701
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

ALERT: IMPACTS FROM HURRICANE POLO IN THE SOUTHWEST REGION OF THE U.S. MAY D...

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

**9589071052701459615590**

Copy  Add to Informed Delivery

## Latest Update

Your item has been delivered to an agent. The item was picked up at USPS at 9:54 am on September 29, 2026 in DALLAS, TX 75201.


9589 0710 5270 1459 6155 90

U.S. Postal Service™
CERTIFIED MAIL® RE...
Domestic Mail Only
For delivery information, visit our webs...

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®
PS Form 3800, January 2023 PSN 7530-02-000-90...

1:26-cv-2581

U-Haul Co. of Texas,
c/o CT Corporation System, Registered Agent
1999 Bryan St., Suite 900
Dallas, TX 75201

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered to Agent

**Delivered to Agent, Picked up at USPS**

DALLAS, TX 75201
September 29, 2026 9:54 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less ^**