**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| GRANT OWENS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:26-cv-02581-RP |
| | § | |
| U-HAUL CO. OF TEXAS, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

Under Federal Rule of Civil Procedure 7.1(a)(1), Defendant U-Haul Co. of Texas ("Defendant") states that it is a wholly owned subsidiary of U-Haul International, Inc.; U-Haul International, Inc., in turn, is a wholly owned subsidiary of U-Haul Holding Company, and U-Haul Holding Company is a publicly held corporation. No other publicly held corporation owns 10% or more of Defendant's stock.

Respectfully submitted,

**CORNELL SMITH MIERL BRUTOCAO BURTON, LLP**
1607 West Avenue
Austin, Texas 78701
Telephone: (512) 328-1540
Telecopy: (512) 328-1541

By: /s/ Scott Brutocao
Scott Brutocao
State Bar No. 24025781
sbrutocao@cornellsmith.com

Desiree Brutocao
State Bar No. 24064136
dbrutocao@cornellsmith.com

**ATTORNEYS FOR DEFENDANT U-HAUL CO. OF TEXAS**

## CERTIFICATE OF SERVICE

I certify that on November 10, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and that I served a true and correct copy on Plaintiff, who is proceeding *pro se*, by first-class United States mail and certified mail, return receipt requested, to the address below, with a courtesy copy by email to the address below:

Grant Owens
1051 W. South St.
Leander, Texas 78641
GrantOwens5800@gmail.com

/s/ *Desiree Brutocao*
Desiree Brutocao