**FILED**
November 10, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Christian Rodriguez
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| GRANT OWENS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | |
| vs. | § | Civil Action: 1:26-cv-02581 |
| | § | |
| | § | |
| U-HAUL CO. OF TEXAS, | § | **JURY DEMANDED** |
| | § | |
| *Defendant*. | § | |
| | § | |

## PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT UNDER RULE 55(A)

**TO THE CLERK OF THE COURT:**

1. Plaintiff Grant Owens requests entry of default against Defendant U-Haul Co. of Texas pursuant to Federal Rule of Civil Procedure 55(a).
2. Plaintiff filed the Original Complaint and Jury Demand on September 18, 2026. The complaint asserts religious discrimination and retaliation under Title VII and intentional race discrimination under 42 U.S.C. § 1981.
3. The United States Marshals Service served Defendant on September 29, 2026, as reflected in the return of service entered on the court docket. Defendant's response deadline was October 20, 2026.

4. The court docket reviewed on November 4, 2026, reflected no answer, appearance, motion for extension, or other defense. The accompanying declaration states Defendant's failure to plead or otherwise defend.

5. Defendant has failed to plead or otherwise defend as required by Rule 55(a). Plaintiff therefore requests that the Clerk enter Defendant's default.

**PRAYER**

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendant U-Haul Co. of Texas under Federal Rule of Civil Procedure 55(a).

Respectfully submitted,

/s/ Grant Owens

Grant Owens

Plaintiff Pro Se

1051 W. South St.

Leander, Texas 78641

(620) 474-2839

Date: 11/09/2026

**DECLARATION SUPPORTING REQUEST FOR ENTRY OF DEFAULT**

1. I, Grant Owens, am the Plaintiff in this action. I have personal knowledge of the procedural matters described in this declaration based on my review of the court docket.

2. The court docket reflects service of process on Defendant U-HAUL CO. OF TEXAS on September 29, 2026. Defendant's deadline to answer or otherwise respond expired October 20, 2026. Defendant has filed no answer, entered no appearance, requested no extension of time, and filed no motion or other defense. Defendant has failed to plead or otherwise defend this action.

3. I make this declaration in support of Plaintiff's request that the Clerk enter default under Federal Rule of Civil Procedure 55(a).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on November 9th, 2026

[signature]

Grant Owens